**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 97-40068
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GUADALUPE SOLIS,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-96-196

October 17, 1997

Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Guadalupe Solis appeals his conviction for possession with the intent to distribute marijuana. He argues that the prosecutor's questioning of him during cross-examination was improper inasmuch as it tended to show his propensity to commit offenses similar to the charged offense. We have reviewed the record, including the briefs and the trial transcript, and find that the introduction of the single isolated question was not error. Further, in light of the overwhelming evidence of guilt

---

[*]   Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

presented against Solis at trial, there is not a significant possibility that the question had a substantial impact on the jury's verdict.  See United States v. Williams, 957 F.2d 1238, 1244 (5th Cir. 1992).

AFFIRMED.